IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE D. GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-CV-02253 YNP_GSA (PC)<br><br>ORDER EXTENDING TIME TO<br>RESPOND TO COMPLAINT<br><br>30-DAY DEADLINE |

　　　　The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint. Accordingly, Defendants shall have thirty days following the service of the Court's screening order to file and serve a response to the complaint.

　　　　IT IS SO ORDERED.


　IT IS SO ORDERED.


　**Dated:   January 13, 2010**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE